UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S2-4:05 CR 306 JCH |
| | ) | DDN |
| RICHARD E. BUNDY, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM**

This action is before the court upon the pretrial motions of the parties which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for March 31, 2006.

On October 13, 2005, the undersigned filed an Order and Recommendation with respect to defendant Bundy's pretrial motions. Defendant Bundy has filed no further pretrial motions directed to the second superseding indictment, and counsel for defendant filed a written waiver of his right to file motions and to participate in an evidentiary hearing. On March 31, 2006, defendant Bundy appeared in open court, with counsel, and advised the undersigned that he had decided not to raise any issues by way of pretrial motions. He thereupon waived his rights to file pretrial motions and to have a pretrial hearing.



_____
DAVID D. NOCE
**UNITED STATES MAGISTRATE JUDGE**

Signed on March 31, 2006.